**Benjamin ANDREWS, Jr., Appellee,**

v.

**ATLANTIC AND GULF STEVEDORES, INC., Respondent Impleaded, Appellant.**

**Benjamin ANDREWS, Jr., Appellee,**

v.

**AMERICAN EXPORT LINES, INC., Appellant.**

**Nos. 10284, 10285.**

United States Court of Appeals
Fourth Circuit.

Argued April 4, 1966.

Decided April 8, 1966.

A. Owen Hennegan, for appellants.

Bernard M. Goldstein, Baltimore, Md., for appellee.

Before BOREMAN and BRYAN, Circuit Judges, and BARKSDALE, District Judge.

PER CURIAM:

We have examined the record and we find no error.

Affirmed.